IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN IOWA

| | | |
|---|---|---|
| COLLEEN BIRDNOW BROWN, | ) | CASE NO. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EMMIS COMMUNICATIONS, INC., AND | ) | CONFIDENTIAL INFORMATION |
| LEE ENTERPRISES, INC., | ) | FORM |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | **Name** | **Personal Identification Number** |
|---|---|---|---|
| | | | (Social Security Number or Employer I.D. Number) |
| Plaintiff(s) | 1. | Colleen Birdnow Brown | 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 |
| Defendant(s) | 1. | Emmis Communications, Inc. | Unknown |
| | 2. | Lee Enterprises, Inc | Unknown |

Information supplied by    Roger T. Stetson, Matthew T. Cronin
Belin Lamson McCormick Zumbach Flynn
The Financial Center
666 Walnut Suite 2000
Des Moines, IA  50309-3989

_____
(print or type)

/s/                        March 12, 2001
Signature