# United States District Court

SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| COLLEEN BIRDNOW BROWN,<br><br>    Plaintiff<br>             V.<br><br>EMMIS COMMUNICATIONS, INC. and<br>LEE ENTERPRISES, INC.<br><br>    Defendants. | ) SUMMONS IN A CIVIL ACTION<br>)<br>) CASE NUMBER: _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    TO:  Lee Enterprises, Inc.
            c/o Prentice Hall Corporation System,
            Registered Agent
            729 Insurance Exchange Bldg.
            Des Moines, IA  50309

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY   (name and address)

Roger T. Stetson
Matthew T. Cronin
Belin Lamson McCormick Zumbach Flynn
The Financial Center
666 Walnut Suite 2000
Des Moines, IA  50309-3989


an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


_____      _____
CLERK                                                                     DATE

_____
BY DEPUTY CLERK

d:\b0973\pld-summons lee-mtc.doc

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

    ___ Served personally upon the defendant.  Place where served: _____
_____

    ___ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion
        then residing therein.
        Name of person with whom the summons and complaint were left _____

    ___ Returned unexecuted: _____
_____
_____

    ___ Other (specify): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____          _____
                 *Date*                                                         *Signature of Server*

                                                                        _____
                                                                           *Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

d:\b0973\pld-summons lee-mtc.doc