IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

FILED
DAVENPORT, IO

01 NOV -9 AM

CLERK U.S. DISTRICT
SOUTHERN DISTRICT OF

| | |
|---|---|
| COLLEEN BIRDNOW BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EMMIS COMMUNICATIONS, INC.; AND )<br>LEE ENTERPRISES, INC., )<br>)<br>Defendants. )<br>) | CASE NO. 3:01-CV-80030<br><br>AFFIDAVIT FOR ATTORNEY FEES |

STATE OF IOWA      )
                   ) ss:
COUNTY OF POLK     )

I, Roger T. Stetson, being first duly sworn, depose and say that I am a practicing attorney at law, and attorney for the Plaintiff in the above-entitled cause of action; that there has been and is no agreement between me and my client or any other person, express or implied, for any division or sharing of the fee to be taxed herein except with the law firm of Belin Lamson McCormick Zumbach Flynn, A Professional Corporation, regular practicing attorneys associated with me in this cause, and that said fee is as compensation for services actually rendered in this action.

_____
Roger T. Stetson

SUBSCRIBED AND SWORN to before me by Roger T. Stetson this 6th day of November, 2001.

_____
Notary Public in and for
the State of Iowa

CHERYL A. O'BRAZA
Commission Number 117089
My Commission Expires
9-15-03

d:\b0973\pld-affattyfees.doc