FILED
DAVENPORT, IOWA

02 MAR 11 AM 8:54

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| COLLEEN BIRDNOW BROWN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:01-CV-80030 |
| EMMIS COMMUNICATIONS, INC.; AND LEE ENTERPRISES, INC., | ) JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants. | ) |

The parties, by and through their attorneys of record, pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate to dismissal with prejudice of this action.

BELIN LAMSON McCORMICK ZUMBACH
FLYNN, A Professional Corporation

By _Roger T. Stetson_
Roger T. Stetson           PK0005294

The Financial Center
666 Walnut Suite 2000
Des Moines, Iowa 50309-3989
Telephone: (515) 243-7100
Fax No.: (515) 288-8714

ATTORNEYS FOR PLAINTIFF COLLEEN
BIRDNOW BROWN

12

1

DICKINSON, MACKAMAN, TYLER & HAGEN, P.C.

By: /s/ Helen C. Adams
Helen Adams

1600 Hub Tower
699 Walnut Street
Des Moines, Iowa 50309-3986
Telephone: 515/244-2600
Facsimile: 515/246-4550

ATTORNEY FOR DEFENDANTS LEE ENTERPRISES, INC. AND EMMIS COMMUNICATIONS, INC.

d:\b0973\pld-jtstipdismissal.doc